# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

Web-Site:  www.weisberglawoffices.com
E-Mail:  ADIJIACOMO@WEISBERGLAWOFFICES.COM

Matthew B. Weisberg*^
L. Anthony DiJiacomo~
David A. Berlin^+
Gary Schafkopf^+
Yanna Panagopoulos~+

*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
#Licensed in NJ
+Of Counsel

June 4, 2024

Honorable Kia N. Scott
United States Federal Judge
United States District Court
Eastern District of Pennsylvania
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
*Via ECF*

        **Re:**    *Facundo Rainone, et al. v. ABC Capital Investments, LLC, et al.*
              **United States District Court │ Eastern District of Pennsylvania**
              **No.: 23-cv-00446-KNS**

Dear Your Honor:

Undersigned Counsel represents Plaintiffs, Facundo Rainone and Donato Y Fermin LLC in this matter, which was initiated on or about February 3, 2023. On May 1, 2023, a Suggestion of Bankruptcy was filed pertaining to the following defendants: (i) ABC Capital Investments, LLC; (ii) ABC Capital RE LTD aka ABC Capital RE aka ABC Capital RE LLC; (iii) ABC Capital Realty LLC; and, (iv) Stateside Philly LLC.

On September 22, 2023, this Honorable Court entered an Order that, *inter alia*, directed Plaintiffs to file a status report regarding the bankruptcies by October 6, 2023 and every sixty days thereafter while the bankruptcies are pending. Please accept this letter as the fifth of such status reports.

**ABC Capital Investments LLC (EDPA Bankruptcy No. 22-13060-elf)**
This bankruptcy remains active and the Trustee has determined that this entity possesses assets.

Currently pending is the Trustee's Motion for Contempt to Hold Debtor and its Principals in Contempt for failure to provide the Trustee certain business information and supporting documents. A stipulation between the Trustee and Principals was approved on August 23, 2023. The stipulation, inter alia, calls for the Principals to sit for depositions in an effort to allow the Principals to purge their contempt. These depositions have not occurred.

**ABC Capital RE LTD aka ABC Capital RE aka ABC Capital RE LLC (EDPA Bankruptcy No. 23-10361-amc)**
This bankruptcy matter was dismissed on August 3, 2023 for failure of the debtor to appear at two scheduled Meeting of Creditors.

**Stateside Philly LLC (EDPA Bankruptcy No. 22-13062-mdc)**
The Trustee filed a Report of No Distribution on July 5, 2023.

**ABC Capital Realty LLC (EDPA Bankruptcy No. 23-10263-amc)**
This bankruptcy matter was dismissed on June 28, 2023 for failure of the debtor to appear at two scheduled Meeting of Creditors.

Should this Honorable Court require any further information at this time or in advance to the next status report, due in sixty days, Plaintiff and Undersigned Counsel will abide further direction.

    Respectfully submitted,

    */s/ L. Anthony DiJiacomo, III*

    L. Anthony DiJiacomo, III